**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re: PACE CONSTRUCTION CO.            § Case No. 07-24312
                                        §
                                        §
Debtors                                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 120,017.45 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 120,017.45 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Illinois Department of Employment Security | $ 1,066.92 |
| Internal Revenue Service | $ 101,253.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 9,250.64 | $ 715.34 |
| *Attorney for trustee* | Joseph R. Voiland | $ | $ 121.72 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 500.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | Joseph R. Voiland | $ 7,109.50 | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,388.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1P | Illinois Department of Employment Security | $ 6,158.69 | $ 0.00 |
| 7P | Illinois Department of Revenue | $ 5,230.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (4/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 418,127.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1U | Illinois Department of Employment Security | $ 430.00 | $ 0.00 |
| 2 | Custom Aluminum Products Inc | $ 2,238.31 | $ 0.00 |
| 3 | Roundup Funding, LLC | $ 86.67 | $ 0.00 |
| 4 | Valley Insulation | $ 1,189.00 | $ 0.00 |
| 5 | Herb's Glass and Mirror | $ 2,707.91 | $ 0.00 |
| 6 | FM Custom Design, Inc | $ 2,144.00 | $ 0.00 |
| 7U | Illinois Department of Revenue | $ 904.00 | $ 0.00 |
| 8 | Stock | $ 1,470.94 | $ 0.00 |
| 9 | John and Pat Burnidge | $ 155,190.98 | $ 0.00 |
| 10 | The Burnidge Corp | $ 32,909.65 | $ 0.00 |
| 11 | Schreck Kitchens | $ 32,955.12 | $ 0.00 |
| 12 | Royal Refrigeration | $ 60,363.07 | $ 0.00 |
| 13 | Royal Refrigeration | $ 65,876.55 | $ 0.00 |
| 14 | Ron Ganow Drywall Co | $ 43,868.00 | $ 0.00 |
| 16 | Society Insurance | $ 6,158.69 | $ 0.00 |
| 17 | Andrew Knox & Co. | $ 9,634.52 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-NFR (4/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/22/2010 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 03/18/2010    By: /s/JOSEPH R. VOILAND
                          Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 2                   Date Rcvd: Mar 19, 2010
Case: 07-24312                 Form ID: pdf006              Total Noticed: 48


The following entities were noticed by first class mail on Mar 21, 2010.
db           +Pace Construction Co.,    P.O. Box 785,    Elgin, IL 60121-0785
aty          +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty          +Michael J. Davis,    Springer, Brown, Covey, Gaetner & Davis,    400 S County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11839896     +AT&T,   PO Box 9001309,    Louisville, KY 40290-1309
11839895      Andrew Knox & Co.,    2000 Larkin Ave.,    Suite 302,    Elgin, IL 60123-5878
11839897     +Big Bob's Flooring,    1025 N. Randall Rd.,    Elgin, IL 60123-2319
11839898     +Brady & Jensen,    2425 Royal Blvd,    Elgin, IL 60123-2507
11839900      Chicago Title Insurance,    171 N. Clark St.,    Chicago, IL 60601-3294
11839901     +Cingular,   P.O. 6428,    Carol Stream, IL 60197-6428
11839899    +++Custom Aluminum Products Inc,    Martin D Tasch,    1200 Jorie Blvd Suite 329,
               Oak Brook, IL 60523-2283
11839903     +Engstom Construction Co.,    PO Box 8491,    Bartlett, IL 60103-8491
11839904      Exxon Mobil,    PO Box 4575,    Carol Stream, IL 60197-4575
11839906     +FM Custom Design, Inc,    2400 E Main St Ste 103,    PMB 365,    Saint Charles, IL 60174-2415
11839905     +Fellow Bros Plumbing & Heating,    13N421 Coombs Rd.,    Elgin, IL 60124-7914
11839907     +Fox Valley Security,    30 N Airlite St.,    Elgin, IL 60123-4967
11839908     +Herb's Glass and Mirror,    737 W Chicago St.,    Elgin, IL 60123-6258
12660786    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street Level 7-425,    Chicago, Illinois  60601)
11839912    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    Mail Stop 5010 CHI,
               230 S. Dearborn Street,    Chicago, IL 60604)
11979933     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
11839909      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11839910     +Illinois Dept Employment Security,    Chicago Region - Revenue,    527 S. Wells Street, Suite 100,
               Chicago, IL 60607-3922
11839911     +Insurance Correlators,    1140 N McLean Blvd,    Suite 1,    Elgin, IL 60123-1782
11839913     +John and Pat Burnidge,    630 Canyon Ln.,    Elgin, IL 60123-2546
11839914     +Kellenberger Electric,    85 S Airlite St.,    Elgin, IL 60123-5839
11839916     +Majestic Distributing,    1255 Bowes Rd.,    Elgin, IL 60123-5542
11839917     +Midway Masonry,    4321 West Dr.,    Delavan, WI 53115-3450
11839918     +Monarch Waste,    P.O. 7366,    Algonquin, IL 60102-7366
11839920     +Premier Painting,    1860 Monday Drive,    Elgin, IL 60123-1270
11839921     +R.H. Donnelley,    SBC Yellow Pages,    1615 Bluff City Highway,    Bristol, TN 37620-6055
11839922     +Richie Floors Inc,    3N660 N 17th St.,    Saint Charles, IL 60174-1601
11839923     +Roland Masonry,    31W576 North Ave,    Unit B,    West Chicago, IL 60185-1021
11839924     +Ron Ganow Drywall Co,    340 Division Street,    South Elgin, IL 60177-1108
11839919     +Royal Refrigeration,    Oakley Millwork, Inc,    Law Office Thomas Chase,    574 N Mclean Blvd,
               Elgin, IL 60123-3288
11839925     +Schneider Excavating, Inc,    38W645 Highland Ave.,    Elgin, IL 60124-7970
11839926     +Schreck Kitchens,    260 Sundown Rd.,    South Elgin, IL 60177-1100
11839927      Society Insurance,    PO Box 1029,    Fond Du Lac, WI 54936-1029
11839928      Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
11839929     +Stock,    1331 Davis Rd.,    Elgin, IL 60123-1319
11839930     +Tecza Environmental,    12N442 Switzer Road,    Elgin, IL 60124-8051
11839931     +The Burnidge Corp,    2295 Valley Creek Drive,    Elgin, IL 60123-2694
11839932      Top Side Roofing,    655 Shanahan,    South Elgin, IL 60177
11839933     +Valley Creek of Elgin,    574 N McLean Blvd,    Elgin, IL 60123-3259
11839934     +Valley Insulation,    PO Box 8543,    Bartlett, IL 60103-8543
11839935     +Velux,    PO Box 5001,    Greenwood, SC 29648-5001
11839936      Wascher Appliances,    75 W. State St.,    South Elgin, IL 60177

The following entities were noticed by electronic transmission on Mar 19, 2010.
11839902      E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM                           CSC,    PO Box 13397,
               Philadelphia, PA 19101-3397
12638022      E-mail/PDF: BNCEmails@blinellc.com Mar 19 2010 23:08:41      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11839915      Lori L. Thuestad
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1           User: vrowe              Page 2 of 2              Date Rcvd: Mar 19, 2010
Case: 07-24312                 Form ID: pdf006          Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2010**          **Signature:**  *Joseph Speetjens*